```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MICHAEL ROSENBERG,** *individually and on behalf of all others similarly situated*,

                    **Plaintiff,**

-against-

**TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,**

                    **Defendant.**

**19-cv-10478 (ALC)**

**ORDER TERMINATING CASE**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court's Opinion and Order, dated March 16, 2021, granted Defendant's motion to dismiss Plaintiff's complaint. (ECF No. 27). Based upon that Order, this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated**:   October 25, 2021
           New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**